IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARL ROGER KIRKPATRICK,

     Plaintiff,

v.                            Case No. 1:17cv80-MW/GRJ

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security Administration,

     Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 21, and has also reviewed *de novo* Plaintiff's objections and request for oral argument. ECF No. 22. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED.** The request for oral argument is **DENIED**." The Clerk shall close the file.

**SO ORDERED on May 8, 2018.**

                                       **s/Mark E. Walker**      
                                       **United States District Judge**